IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 08 47 |
| | ) | |
| v. | ) | Cr. No. |
| | ) | In Violation of 18 U.S.C. § 2250(a) |
| JASON WILLIAMS | ) | |

## INDICTMENT

The Grand Jury charges that:

From a time unknown up to and including on or about December 27, 2007, in the District of Rhode Island, the District of Vermont, and elsewhere, the defendant JASON WILLIAMS, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and did knowingly fail to register and to update a registration;

in violation of 18 U.S.C. § 2250(a).

A TRUE BILL:

REDACTED
Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

LUIS M. MATOS
First Assistant U.S. Attorney

MARY E. ROGERS
Assistant U.S. Attorney

5-14-08
DATE