IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) CR. NO. 08-047S
)
JASON WILLIAMS )

GOVERNMENT'S APPLICATION TO THE COURT
SEEKING LEAVE TO DISMISS THE INDICTMENT

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Mary E. Rogers, Assistant United States Attorney, and hereby seeks leave from this Court to dismiss the Indictment in the above-entitled matter pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. As reasons for this application the government states that the above-captioned federal prosecution is based on substantially the same act(s) or transactions involved in a prior state proceeding to which the Defendant pled nolo in State Court and on March 12, 2008 received a term of 18 months incarceration at the Adult Correctional Institution. Although there is no general statutory bar to a federal prosecution where the Defendant's conduct already has formed the basis for a State prosecution, the government has determined pursuant to Department of Justice policy, that it will not pursue federal prosecution in this case. Consequently, the government is seeking leave of this Court to dismiss this case.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

MARY ROGERS
Assistant U.S. Attorney

LUIS M. MATOS
First Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 22nd day of May, 2008, I mailed a true copy of the Government's Application To The Court Seeking Leave to Dismiss the Indictment, ordinary mail and postage prepaid, to:

Jason Williams
ID 101984 Jason E. Williams
Intake Service Center - C 11B
PO Box 8249
Cranston, Rhode Island 02920