IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) CR. NO. 08-047S
)
JASON WILLIAMS )

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Rhode Island hereby dismisses the Indictment in the above-entitled matter.

ROBERT CLARK CORRENTE
United States Attorney

MARY ROGERS
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

BY ORDER:

Clerk

ENTER:

WILLIAM E. SMITH
District Court Judge
United States District Court

DATE: May 27, 2008